**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA         CRIMINAL ACTION

VERSUS         NUMBER: 07-081

MARLON DICKERSON         SECTION: "B"(4)

## ORDER

Defendant's Motion for Reconsideration of Record Document Number 103 is **DENIED**. At least two (2) pertinent post-conviction prison violations occurred after Defendant's original January 16, 2008 sentence. Several other prison violations occurred prior to that sentence date and reflects a history of misbehavior that cannot be ignored. All of the above shows a pattern of conduct that negatively impacts concerns for public safety, respect for lawful authority and recidivist behavior (See attached Inmate Profile).

New Orleans, Louisiana, this 23rd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

```
              24708-034              REG
REGNO: 24708-034                 FUNCTION: DIS DOB/AGE.: 08-16-1967 / 44
NAME.: DICKERSON, MARLON                       R/S/ETH.: B/M/O    WALSH: NO
RSP..: BML-BEAUMONT LOW FCI                     MILEAGE.: 239 MILES
PHONE: 409-727-8172        FAX: 409-626-3500
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE     FBI NO..: 235219DA6
 PROJ REL DATE..: 01-20-2014                    INS NO..: N/A
 PAR ELIG DATE..: N/A                           SSN.....: 436292888
 PAR HEAR DATE..:              PSYCH: NO      DETAINER: NO      CMC..: YES
  FACL CATEGORY   - - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE  TIME
  BML  ADM-REL   A-DES    DESIGNATED, AT ASSIGNED FACIL 02-09-2009 1458
  BML  COR COUNSL VB      D. OVERTON,EXT. 2431            02-09-2009 1734
  BML  CASEWORKER VB      J. COLEMAN, EXT 2430            02-09-2009 1734
  BML  CUSTODY    IN      IN CUSTODY                      01-29-2008 0952
  BML  LEVEL      LOW     SECURITY CLASSIFICATION LOW     03-01-2011 1205
  BML  QUARTERS   V05-002L HOUSE V/RANGE 05/BED 002L      07-29-2009 1401
  BML  UNIT       VB      UNT MGR J. LANGE, X2414          02-09-2009 1734
OFFN/CHG RMKS: VIOL OF FED CONTR SUBST ACT 71MO; 5 YRS SRT;07-081B
OFFN/CHG RMKS: SRT VIOL - 24 MO CS  95-189


G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 24708-034 NAME..: DICKERSON, MARLON
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-03-2012
                        RSP OF: BML-BEAUMONT LOW FCI
```

---

```
REPORT NUMBER/STATUS.: 2229322 - SANCTIONED INCIDENT DATE/TIME: 11-03-2011 1145
DHO HEARING DATE/TIME: 01-11-2012 0939
FACL/CHAIRPERSON.....: BML/WESTON L
REPORT REMARKS.......: INMATE ADMITTED CHARGE
   305A POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM   / 3 MONTHS / CS
        COMP:    LAW:    FROM 1/11/12 TO 4/10/12
```

---

```
REPORT NUMBER/STATUS.: 1947745 - SANCTIONED INCIDENT DATE/TIME: 11-13-2009 1204
DHO HEARING DATE/TIME: 12-16-2009 0907
FACL/CHAIRPERSON.....: BML/SAWYER SD
REPORT REMARKS.......: INMATE ADMITTED TO CHARGE
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 24708-034 NAME..: DICKERSON, MARLON
FUNCTION...: DIS         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-03-2012
                         RSP OF: BML-BEAUMONT LOW FCI

DHO HEARING DATE/TIME: 12-16-2009 0907    REPORT 1947745 CONTINUED
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP COMM   / 3 MONTHS / CS
        COMP:   LAW:   FROM 12/16/09 TO 3/16/10
        LP PHONE  / 3 MONTHS / CS
        COMP:   LAW:   FROM 12/16/09 TO 3/16/10
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 867503 - SANCTIONED  INCIDENT DATE/TIME: 03-19-2001 2023
DHO HEARING DATE/TIME: 04-06-2001 1040
FACL/CHAIRPERSON.....: BEC/KILGORE
REPORT REMARKS.......: HE ADMITTED SPEAKING TO A THIRD PARTY.
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:V


G0002       MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 24708-034 NAME..: DICKERSON, MARLON
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-03-2012
                        RSP OF: BML-BEAUMONT LOW FCI

DHO HEARING DATE/TIME: 04-06-2001 1040    REPORT 867503 CONTINUED
        LP PHONE   / 6 MONTHS / CS
        COMP:    LAW:    EEFECTIVE IMMEDIATELY, THROUGH OCTOBER 5, 2001.
```
--------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 826990 - SANCTIONED  INCIDENT DATE/TIME: 10-25-2000 0845
UDC HEARING DATE/TIME: 10-26-2000 1450
FACL/UDC/CHAIRPERSON.: BEC/2-GEN POP/CHILDRESS
APPEAL CASE NUMBER(S): 225574
REPORT REMARKS.......: INMATE STATED HE WAS TOLD TO REMOVE NUDE PICTURES FROM
                       BOARD AND HE REPLACED WITH SEMI-NUDE PICS.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LOSE JOB   / CS
        COMP:    LAW:    LOSS OF ORDERLY JOB, BECAUSE UNIT ORDERLY ARE HELD
                        MORE ACCOUNTABLE THAN NON-ORDERLY.


G0002      MORE PAGES TO FOLLOW . . .
```

REGISTER NO: 24708-034 NAME..: DICKERSON, MARLON
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 04-03-2012
                        RSP OF: BML-BEAUMONT LOW FCI
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 622162 - SANCTIONED  INCIDENT DATE/TIME: 09-27-1998 1104
DHO HEARING DATE/TIME: 10-06-1998 0910
FACL/CHAIRPERSON.....: BEC/KILGORE
REPORT REMARKS.......: HE FOUGHT WITH ANOTHER INMATE OVER USE OF THE CLOTHES
                       DRYER.
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:V
         DS         / 20 DAYS / CS
         COMP:    LAW:


G0002       MORE PAGES TO FOLLOW . . .

```
REGISTER NO: 24708-034 NAME..: DICKERSON, MARLON
FUNCTION...: DIS       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 04-03-2012
                       RSP OF: BML-BEAUMONT LOW FCI
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 566865 - SANCTIONED   INCIDENT DATE/TIME: 03-03-1998 0905
UDC HEARING DATE/TIME: 03-05-1998 2025
FACL/UDC/CHAIRPERSON.: BEC/POPLAR/HASBROUCK
APPEAL CASE NUMBER(S): 154408
REPORT REMARKS.......: LOSS OF JOB FOR CODE 317
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
        LOSE JOB   / CS
        COMP:   LAW:   LOSS OF JOB
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```